

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2018

No. 04-18-00808-CV

Rodulfo J. **MENDEZ**,
Appellant

v.

Jessica **AGUIRRE**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CI00963
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

Appellant filed a notice of appeal on October 26, 2018. Thereafter, appellant filed a statement of inability to afford payment. It is therefore **ORDERED** that the clerk of this court provide a copy of appellant's statement of inability to afford payment to the other parties, the trial court clerk, and the court reporter. It is **FURTHER ORDERED** that any objection to appellant's indigence must be filed on or before **December 21, 2018**. If no objection is filed, the appellant will be deemed indigent for purposes of this appeal, and the trial court clerk and the court reporter will be required to file the clerk's record and reporter's record in this appeal without payment of costs on or before **January 22, 2019**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court